FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON GILLINGHAM,<br><br>               Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY WASHINGTON, a Washington Municipal Corporation,<br><br>               Defendant. | No.  2:19-cv-00269-SMJ<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On November 25, 2019, both Plaintiffs in this action filed a notice of voluntary dismissal, ECF No. 6. Consistent with the Plaintiffs' notice and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **2.**    All pending motions are **DENIED AS MOOT**.

    **3.**    All hearings and other deadlines are **STRICKEN**.

//

//

//

ORDER DISMISSING CASE WITH PREJUDICE - 1

**4.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of December 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge